## CLEVE CLAY et al. v. STATE.

No. A-8779.   July 12, 1935.
(47 Pac. [2d] 1119.)

E. E. Glasco, for plaintiffs in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiffs in error, hereinafter called defendants, were convicted of transporting intoxicating liquor, and each was sentenced to pay a fine of $100 and to serve sixty days in the county jail.

The record was filed in this court August 1, 1934; no brief in support of the appeal has been filed.

A careful examination of the record fails to disclose any fundamental errors.   The evidence is sufficient to support the verdict.

The case is affirmed.